JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER FOR AMERICAN STERLING BANK, | CASE NO.  8:14-cv-00343 AG (DFMx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| AMERICAN STERLING CORPORATION, a California corporation, | |
| Defendant. | |

The Court has ordered that Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER FOR AMERICAN STERLING BANK, recover from Defendant, AMERICAN STERLING CORPORATION, a California corporation, the amount of $195,044.04, plus post judgment interest, along with costs.

This action was decided by the Honorable Andrew J. Guilford, U.S. District Judge, on a Motion for Default Judgment.

Date: July 22, 2014

_____

U.S. District Judge Andrew J Guilford